McGREGOR W. SCOTT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FBH1, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON HEART DIAGNOSTICS CORPORATION, a Delaware corporation, and GORDON C. GUNN, M.D., an individual,<br><br>Defendants. | CASE NO: 2:17-CV-2061 JAM EFB<br><br>**ORDER ON THE UNITED STATES' NOTICE OF PARTIAL INTERVENTION FOR SETTLEMENT** |

The United States having partially intervened and partially declined in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2), (3), and (4), the Court rules as follows:

IT IS ORDERED that relator's Complaint and Amended Complaint, the United States' Notice of Partial Intervention for Settlement, and this Order, be unsealed;

IT IS FURTHER ORDERED that all other previously-filed contents of the Court's file in this action remain under seal and not be made public, or served upon defendant;

IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

DATED: 11/21/2019

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge