1 McGREGOR W. SCOTT
United States Attorney
2 CATHERINE J. SWANN
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2762
Facsimile: (916) 554-2900

5

6 Attorneys for the United States

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA *et al., ex rel.* FBH1, LLC, | CASE NO: 2:17-CV-2061 JAM EFB |
|---|---|
| Plaintiffs, | **ORDER ON JOINT STIPULATION OF DISMISSAL** |
| v. | |
| BOSTON HEART DIAGNOSTICS CORPORATION, a Delaware corporation, and GORDON C. GUNN, M.D., an individual, | |
| Defendants. | |

Upon consideration of the Joint Stipulation of Dismissal filed by the United States, California and relators Christopher Riedel and Claudia Bradshaw (named in the complaint as FBH1, LLC), ("Relator"), it is hereby ORDERED that:

1) All claims asserted in this action are dismissed with prejudice as to Relator;

2) All claims asserted in this action for the Covered Conduct as that term is defined in the Settlement Agreement between the United States, Relator, and defendant Boston Heart Diagnostics Corporation are dismissed with prejudice as to the United States.

2) All other claims asserted in this action are dismissed without prejudice as to the United States and California.

///

///

(PROPOSED) ORDER JOINT STIPULATION OF DISMISSAL

1

1      IT IS SO ORDERED.

DATED: 11/25/19

                                        /s/ John A. Mendez
                                        HONORABLE JOHN A. MENDEZ
                                        United States District Court Judge

(PROPOSED) ORDER JOINT STIPULATION OF DISMISSAL